PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.    Crim. No.  4:16CR00076-1

Lamont D. Bryan

On May 16, 2016, the above named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Christopher G. Gaines
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _____11th_____ day of ___OCTOBER___, 2018.

_____
William T. Moore, Jr.
Judge, U.S. District Court

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
10/11 2018
Deputy Clerk